IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ZIPPORA D. WILLIAMS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv977-MHT |
| | ) | (WO) |
| HEALTH SERVICES, INC., | ) | |
| a domestic corporation, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 42 U.S.C. § 2000e, et seq., plaintiff Zippora D. Williams filed this lawsuit complaining that defendant Health Services, Inc. suspended and terminated her because of her race and gender and in retaliation for reporting the sexual harassment of one of her subordinate employees. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Health Services's motion for summary judgment in its favor on all claims be granted. Also before the

court are Williams's objections to the recommendation. After hearing oral argument from the parties on December 9, 2015, and after an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of December, 2015.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**