IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ZIPPORA D. WILLIAMS,          )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         2:14cv977-MHT
                              )             (WO)
HEALTH SERVICES, INC.,        )
a domestic corporation,       )
                              )
    Defendant.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The plaintiff's objections (doc. no. 36) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 35) is adopted.

(3) The defendant's motion for summary judgment (doc. no. 16) is granted.

**(4)** Judgment is entered in favor of the defendant and against the plaintiff, with the plaintiff taking nothing by her complaint.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of December, 2015.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**